UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ERICH VON HINKEN,

     Plaintiff,

    -against-

MOVMENT MORTGAGE, LLC,

     Defendant.

Civil Action No. 5:26-cv-261 (AJB/MJK)

### DEFENDANT MOVEMENT MORTGAGE, LLC'S CORPORATE AND DIVERSITY DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and LCR 7.1, Defendant Movement Mortgage, LLC ("Movement"), discloses that Abrams Promise, Inc., and Harris Covenant, Inc., are the parent companies of Movement. No publicly held company owns 10% or more of Movement's stock.

Further, pursuant to Fed. R. Civ. P. 7.1(a)(2), Movement hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to Mopvement: Defendant Movement Mortgage, LLC is limited liability company with two owner-members, both of which are corporations: Abram's Promise, Inc. and Harris Covenant, Inc. Abram's Promise, Inc. is incorporated in the State of <u>North Carolina</u> and has its principal place of business (where its officers direct, control, and coordinate its operations) at its headquarters at 8024 Calvin Hall Road, Indian Lakes in the State of <u>South Carolina</u>. Harris Covenant, Inc., is incorporated in the State of <u>Virginia</u> and has its principal place of business (where its officers direct, control, and coordinate its operations) at its headquarters in Norfolk, Virginia, at 824 N Military Highway.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Respectfully submitted this 19th day of February, 2026.

*/s/ Joshua Keefe*

Joshua Keefe, Esq. (NY Bar No. 5309190)
**KABAT CHAPMAN & OZMER LLP**
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Tel: (404) 400-7329
Email: jkeefe@kcozlaw.com
*Attorney for Defendant,*
*Movement Mortgage, LLC*

## **CERTIFICATE OF SERVICE**

I, Joshua Keefe, hereby certify that on February 19, 2026, I caused a true and correct copy of the foregoing *Corporate and Diversity Disclosure Statement* to be served on the Plaintiff's counsel by U.S. mail and e-mail to:

Anthony C. Galli, Esq.
**GALLI LAW, PLLC**
6555 Ridings Road
Syracuse, New York 13206
Email: civil@galli-law.com

*s/ Joshua Keefe*
Joshua Keefe